IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO HERNANDEZ, | : | |
| Petitioner, | : | 1:19-cv-1799 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN E. BRADLEY, | : | |
| Respondent. | : | |

# **ORDER**

**December 2, 2019**

NOW THEREFORE, upon preliminary consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, *See* R. GOVERNING § 2254 CASES R. 4, 1(b), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 4) to proceed *in forma pauperis* is GRANTED.

2. The Clerk of Court is directed to VACATE the Administrative Order (Doc. 6) issued on November 25, 2019.

3. The petition for writ of habeas corpus is DISMISSED for lack of subject matter jurisdiction. The dismissal is without prejudice to Petitioner's right to pursue relief in the sentencing court.

4. The Clerk of Court is further directed to CLOSE this case and NOTIFY Petitioner.

s/ John E. Jones III
John E. Jones III
United States District Judge